MICHAEL JAY BERGER (State Bar # 100291)
SOFYA DAVTYAN (State Bar # 259544)
ANGELA N. GILL (State Bar #260928)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:    (310) 271-6223
Facsimile:    (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com
E-mail: Sofya.Davtyan@bankruptcypower.com
E-mail: Angela.Gill@bankruptcypower.com

Counsel for Debtor and Debtor-in-Possession,
Riverside Express Car Wash, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Riverside Express Car Wash, LLC,<br><br>  Debtor and Debtor-in-Possession. | ) CASE NO.: 6:25-bk-14654-RB<br>)<br>) Chapter 11<br>)<br>) **MOTION TO VALUE COLLATERAL [11**<br>) **U.S.C. § 506]; DECLARATION OF**<br>) **AMARIAH OLSON AND APPRAISER**<br>) **CHRIS WADE IN SUPPORT THEREOF**<br>)<br>)<br>) *Hearing Scheduled For:*<br>) DATE: December 4, 2025<br>) TIME:  2:00 p.m.<br>) CTRM: 303<br>) PLACE: 3420 Twelfth Street<br>)      Riverside, CA 92501<br>)<br>)<br>) |

**TO THE HONORABLE MAGDALENA REYES BORDEAUX, JUDGE OF THE**

**UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE,**

**SECURED CREDITORS, 20 LARGEST UNSECURED CREDITORS, AND TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** the Debtor and Debtor-in-Possession, Riverside Express Car Wash, LLC (the "Debtor"), moves this Court for an order determining the value of the real property located at 6458 Van Buren Blvd., Riverside, CA, the furniture, fixtures, equipment (FF&E) located on the premises and the contributory business enterprise value (collectively the "Property"), pursuant to 11 U.S.C. 506(a) and Rule 3012 of the Federal Rules of Bankruptcy Procedure.

This motion is made based on the Declaration of Amariah Olson, Christopher Wade, the within Points and Authorities and on such other evidence as the Court elects to consider prior to or at the hearing on this matter.

WHEREFORE, Debtor asks that this Court make a determination of the value of the Property and for any other relief deemed necessary and proper.

DATED: 11/7/25

LAW OFFICES OF MICHAEL JAY BERGER

By: _____
Michael Jay Berger
Sofya Davtyan
Angela N. Gill
Counsel for Debtor-in-Possession
Riverside Express Car Wash, LLC

MOTION TO VALUE COLLATERAL PURSUANT TO 11 U.S.C. § 506; DECLARATIONS IN SUPPORT THEREOF

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    STATEMENT OF FACTS

On July 10, 2025, the Debtor filed its Chapter 11 bankruptcy petition. The Debtor operates the Ultra Express Car Wash, across the street from the Riverside Municipal Airport. The Debtor provides car wash services.

The Debtor owns and operates the car wash facility located at 6458 Van Buren Blvd., Riverside, CA 92503 (the "Property"). The following creditors assert secured claims against the Property in the following order of priority:

1) Riverside County Treasurer, with a claim of $386,091.24 (Proof of Claim No. 2-1)

2) T Bank, N.A., with a claim of $5,287,333.23 (Proof of Claim No. 5-1)

3) Bay Area Development Co., with a claim of $3,167,902 (Proof of Claim No. 6-1)

4) Sonny's Car Wash Services of California, LLC, with a claim of $68,342.66 (Proof of Claim No. 3-1).

Attached to the Declaration of Amariah Olson are true and correct copies of the proofs of claim (without attachments) as Exhibits 1, 2, 3 and 4.

### II.    RELIEF REQUESTED

Debtor asks that the Court enter an order determining the value of the Property to be $4,670,000.00 for Chapter 11 plan purposes. Debtor is not seeking any determination from this Court as to the secured or unsecured nature of the various liens on the Property.

### III.    ARGUMENT

a.    The Claims of Creditors are Secured Only to the Extent of the Value of Their Interest in the Property.

Section 506(a)(1) of the Bankruptcy Code provides in pertinent part, as follows:

An allowed claim of a creditor secured by a lien on property in which the estate has an interest...is a secured claim to the extent of such creditor's interest in such property...and is an unsecured claim to the extent that the value of such creditor's interest is less than the amount of such allowed claim. Such value shall be determined in light of the purpose of the valuation and of the proposed disposition or use of such property, and in conjunction with any hearing on such disposition or use or on a plan affecting such creditor's interest.

Thus, section 506(a) divides allowed claims into 2 classes. A claim that is "secured by a lien" on a debtor's property is secured "to the extent of the value of such creditor's interest in such property." *In re Baker,* 300 B.R. 639, 643 (Bankr. W.D. Pa. 2003). "To the extent that a claim exceeds that value, it is deemed to be unsecured." *Id. (citing McDonald v. Master Financial, Inc. (In re McDonald),* 205 F.3d 606, 609 (3d Cir. 2000). As set forth in the *Baker* case, "[i]f…the value of the collateral securing an obligation is less than the amount of an allowed claim, it follows by *definition* that the claim is unsecured in the amount of the deficiency." *Baker,* 300 B.R. at 643 [emphasis added].

      b.  The Property is Worth $4,670,000.

In making this Motion, the Debtor relies upon the appraiser's opinion and report, which is attached hereto and incorporated by reference as **Exhibit 5.** The Debtor believes that market value of the Going Concern for the Property is $4,670,000.00. An order determining the value of the Property will affect how the claims of lienholders are treated, and how junior lienholders, will be classified and paid through the Debtor's Chapter 11 Plan. By this motion, Debtor is not seeking any determination from this Court as to the secured or unsecured nature of the various liens on the Property.

## IV.    CONCLUSION

Based upon the foregoing, the Debtor respectfully requests that this Court issue an order determining that the value of the Property is $4,670,000 for plan purposes, and grant such other and further relief as is just and proper under the circumstances.

DATED: 11/7/25

LAW OFFICES OF MICHAEL JAY BERGER

By: _____
Michael Jay Berger
Sofya Davtyan
Angela N. Gill
Counsel for Debtor-in-Possession
Riverside Express Car Wash, LLC

## DECLARATION OF AMARIAH OLSON

I, Amariah Olson, declare and state as follows:

1.     I am the Managing Member of Olson Capital Investments, LLC, which is the equity security holder of Riverside Express Car Wash, LLC, the Debtor and Debtor-in-Possession herein (the "Debtor"). I am over the age of 18. I have personal knowledge of the facts I state below, and if I were to be called as a witness, I could and would competently testify about what I have written in this declaration.

2.     On July 10, 2025, the Debtor filed its Chapter 11 bankruptcy petition.

3.     The Debtor owns and operates the car wash facility located at 6458 Van Buren Blvd., Riverside, CA 92503 (the "Property"). The Property has an estimated market value of $4,670,000 based on the appraisal report attached hereto.

4.     The following creditors assert secured claims against Debtor in the following order of priority:

    a.  Riverside County Treasurer, with a claim of $386,091.24 (Attached hereto is a true and correct copy of Proof of Claim No. 7-1, without attachments as Exhibit 1).

    b.  T Bank, N.A., with a claim of $5,287,333.23 (Attached hereto is a true and correct copy of Proof of Claim No. 5-1, without attachments as Exhibit 2)

    c.  Bay Area Development Co., with a claim of $3,167,902 (Attached hereto is a true and correct copy of Proof of Claim No. 6-1, without attachments as Exhibit 3)

    d.  Sonny's Car Wash Services of California, LLC, with a claim of $68,342.66 (Attached hereto is a true and correct copy of Proof of Claim No. 3-1, without attachments as Exhibit 4).

5.     The Debtor seeks an order determining the value of the Property for plan purposes.

1    I declare under penalty of perjury that the foregoing is true and correct and that this

2    declaration is executed on November 7, 2025 at Riverside, California.

Amariah Olson

MOTION TO VALUE COLLATERAL PURSUANT TO 11 U.S.C. § 506; DECLARATIONS IN SUPPORT THEREOF

1

<u>DECLARATION OF CHRISTOPHER WADE</u>

2

I, Christopher Wade, declare as follows:

3

4    1.    I am a Real Estate Appraiser for the State of California, State License

5    Number AG021092. I currently work for Herron Companies, with a business address at

6    1 Technology Dr., Suite J701, Irvine, CA 92618.

7    2.    I know the matters stated in this declaration are within my personal

8    knowledge, and if called upon to testify hereto I can and will do so competently.

9    3.    On or about May 29, 2025, I completed an appraisal of the real property

10   located at 6458 Van Buren Blvd., Riverside, CA, and the non-realty business enterprise

11   value of the car wash facility which is operating there (the "<u>Property</u>").

12   4.    In conducting my appraisal, I considered a number of matters ordinarily

13   considered by those in my profession that have a bearing on the fair market value of

14   residential real estate. This includes the condition of the property, the size and location

15   of the property, as well as the comparable sales of similar properties in the area for a

16   reasonable period before my appraisal.

17   5.    The results of my appraisal are contained in the Appraisal Report I

18   completed on May 13, 2025 and the valuation date is May 29, 2025.

19   6.    A true and correct copy of the Appraisal Report is attached hereto as

20   **Exhibit 5.**

21   7.    In my professional opinion, the fair market value of the Property as of

22   May 29, 2025 is $4,670,000.00.

23   I declare under penalty and perjury that the foregoing is true and correct. Executed

24   this  day of November 7, 2025 at _____, California.

25

26   By: _Christopher Wade_

27        Christopher Wade

28

# Motion to Value - Declaration of Chris Wade

Final Audit Report                                              2025-11-07

| | |
|---|---|
| Created: | 2025-11-07 |
| By: | Angela Gill (angela.gill@bankruptcypower.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAsvWtiDc6LrU5m1cvVHUiwmKg9rTRHOqL |

## "Motion to Value - Declaration of Chris Wade" History

🖰 Document created by Angela Gill (angela.gill@bankruptcypower.com)
2025-11-07 - 10:47:04 PM GMT

🖂 Document emailed to chris.wade@herronco.com for signature
2025-11-07 - 10:47:07 PM GMT

🖰 Email viewed by chris.wade@herronco.com
2025-11-07 - 10:52:05 PM GMT

✏ Signer chris.wade@herronco.com entered name at signing as Christopher Wade
2025-11-07 - 10:52:49 PM GMT

✏ Document e-signed by Christopher Wade (chris.wade@herronco.com)
Signature Date: 2025-11-07 - 10:52:51 PM GMT - Time Source: server

✅ Agreement completed.
2025-11-07 - 10:52:51 PM GMT

**Adobe Acrobat Sign**

# EXHIBIT 1

Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | RIVERSIDE EXPRESS CAR WASH, LLC |
| Debtor 2 | |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL District of CALIFORNIA (RIVERSIDE) |
| Case number | 25-14654 |



FILED

JUL 30 2025

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Indentify the Claim |
|---|---|

**1. Who is the current creditor?**

RIVERSIDE COUNTY TREASURER-TAX COLLECTOR
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankrupcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| RIVERSIDE COUNTY TREASURER-TAX COLLECTOR | |
| Name | Name |
| 4080 LEMON ST., 4TH FLOOR | |
| Number Street | Number Street |
| RIVERSIDE CALIFORNIA 92501 | |
| City State ZIP Code | City State ZIP Code |
| Contact phone (951) 955-3900 | Contact phone |
| Contact email RCTTCBANKRUPTCY@RIVCO.ORG | Contact email |

Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on 01/01/1900
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| **6.** | **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: |

| | | |
|---|---|---|
| **7.** | **How much is the claim?** | $ 386,091.24      Does this amount include interest or other charges?<br><br>☐ No<br><br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | | |
|---|---|---|
| **8.** | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>REAL BUSINESS PERSONAL PROPERTY TAXES |

| | | |
|---|---|---|
| **9.** | **Is all or part of the claim secured?** | ☐ No<br><br>☑ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br><br>☑ Real estate. If the claim is secured by the debtor's principal residence, file a Mortgage *Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br><br>☐ Motor vehicle<br><br>☐ Other. Describe: _____<br><br>**Basis for perfection:**     STATUTORY LIEN<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:     $ 0.00<br>Amount of the claim that is secured:     $ 386,091.24<br>Amount of the claim that is unsecured:     $ 0.00<br><br>Amount necessary to cure any default as of the date of the petition:    $ 386,091.24<br><br>Annual Interest Rate (when case was filed)     18.0000000000 %<br>☑ Fixed<br>☐ Variable |

| | | |
|---|---|---|
| **10.** | **Is this claim based on a lease?** | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.     $ 0.00 |

| | | |
|---|---|---|
| **11.** | **Is this claim subject to a right setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | | Amount entitled to priority |
|---|---|---|---|---|---|
| | | ☐ | Yes. Check one: | | |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | | ☐ | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ 0.00 |
| | | ☐ | Up to $2, 5 * of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ 0.00 |
| | | ☐ | Wages, salaries, or commissions (up to $12, 5 *) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | |
| | | | | | $ 0.00 |
| | | ☐ | Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ 0.00 |
| | | ☐ | Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ 0.00 |
| | | ☐ | Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | | $ 0.00 |

*Amounts are subject to adjustment on the first of April and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    07/24/2025
           MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | JOHNISHA | K | MCDOWELL |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | ACCOUNTING TECHNICIAN I | | |
| Company | RIVERSIDE COUNTY TREASURER-TAX COLLECTOR | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 4080 | Lemon St., 4th Floor | |
| | Number | Street | |
| | Riverside | California | 92501 |
| | City | State | ZIP Code |
| Contact phone | (951) 955-3900 | Email | rcttcbankruptcy@rivco.org |

# EXHIBIT 2

**Fill in this information to identify the case:**

Debtor 1 _Riverside Express Car Wash LLC_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _Central_ District of _California_

Case number _6:25-BK-14654-RB_

## Official Form 410

# Proof of Claim

04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

---

### Part 1: Identify the Claim

**1. Who is the current creditor?**

_T Bank, N.A._
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_c/o Snell & Wilmer LLP_
Name

_600 Anton Blvd., Suite 1400_
Number          Street

_Costa Mesa_          _CA_          _92626_
City                State          ZIP Code

Contact phone _714-427-7000_
Contact email _jpartington@swlaw.com;_
_ncouchot@swlaw.com_

Where should payments to the creditor be sent? (if different)

_T Bank, N.A._
Name

_16200 Dallas Parkway, Suite 190_
Number          Street

_Dallas_          _Texas_          _75248_
City                State          ZIP Code

Contact phone _(972) 720-9000_
Contact email _bwoodard@tbank.com_

Uniform claim identifier (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

---

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: $\underline{0}$   $\underline{0}$   $\underline{7}$   $\underline{0}$

---

**7. How much is the claim?** $\underline{\$5,287,333.23}$ . Does this amount include interest or other charges?

☐ No

☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Money loaned

---

**9. Is all or part of the claim secured?**

☐ No

☒ Yes. The claim is secured by a lien on property.

**Nature of property:**

☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** Recorded deed of trust

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ TBD

**Amount of the claim that is secured:** $ TBD

**Amount of the claim that is unsecured:** $ TBD _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $5,287,333.23

**Annual Interest Rate** (when case was filed) 4.75 %

☐ Fixed

☒ Variable

---

**10. Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

---

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

---

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ _____ |

* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10/06/2025
　　　　　　　　　MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | William | | Woodard |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Executive Vice President | | |
| Company | T Bank, N.A. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 16200 Dallas Parkway, Suite 190 | | |
| | Number          Street | | |
| | Dallas | Texas | 75248 |
| | City | State | ZIP Code |
| Contact phone | (972) 720-9002 | Email | bwoodard@tbank.com |

# EXHIBIT 3

**Fill in this information to identify the case:**

Debtor 1    Riverside Express Car Wash, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **Central District of California**

Case number:    25-14654

FILED

**U.S. Bankruptcy Court**
**Central District of California**

10/8/2025

**Kathleen J. Campbell, Clerk**

## Official Form 410
# Proof of Claim

04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

| | |
| --- | --- |
| 1. Who is the current creditor? | Bay Area Employment Development Company |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Bay Area Employment Development Company<br><br>Name<br><br>Atten: Sue Dunlap, Portfolio Manager<br>1855 Gateway Blvd., Ste. 720<br>Concord, CA 94520<br><br>Contact phone _____<br><br>Contact email _____<br><br>Uniform claim identifier (if you use one):<br>_____ | **Where should payments to the creditor be sent? (if different)**<br><br>Name<br><br>Contact phone _____<br><br>Contact email _____ |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____<br>MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

Official Form 410                                    Proof of Claim                                    page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
|---|---|
| 7. **How much is the claim?** | $ 3167902.67    **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>    Promissory Note |
| 9. **Is all or part of the claim secured?** | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br>  **Nature of property:**<br>  ☑ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>  ☐ Motor vehicle<br>  ☑ Other. Describe:     See Proof of Claim Attachment<br><br>  **Basis for perfection:**     deed of trust & security<br><br>  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>  **Value of property:**     $ 6900000.00<br><br>  **Amount of the claim that is secured:**     $ 3167902.67<br><br>  **Amount of the claim that is unsecured:**     $ 0.00     (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>  **Amount necessary to cure any default as of the date of the petition:**   $ _____<br><br>  **Annual Interest Rate** (when case was filed)   5.00   %<br><br>  ☐ Fixed<br>  ☑ Variable |
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410          Proof of Claim          page 2

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply:* | | Amount entitled to priority |
|---|---|---|---|---|

| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
|---|---|---|
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☐  I am the creditor.

☑  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    10/8/2025

MM / DD / YYYY

/s/ William J Healy, Esq.

Signature

Print the name of the person who is completing and signing this claim:

| Name | William J Healy, Esq. |
|---|---|
| | First name     Middle name     Last name |
| Title | Attorney |
| Company | c/o Law Office of William J. Healy |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | Law Office of William J. Healy, 748 Holb |
| | Number   Street |
| | Sunnyvale, CA 94087 |
| | City  State  ZIP Code |
| Contact phone | 4083734680          Email   wjhealy7@gmail.com |

# EXHIBIT 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | RIVERSIDE EXPRESS CAR WASH LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the | Central District of California, Riverside Division |
| Case number | 6:25-bk-14654-RB     Chapter 11 |

## Official Form 410

# Proof of Claim

04/25

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:   Identify the Claim

**1. Who is the current creditor?**
SONNY'S CAR WASH SERVICES OF CALIFORNIA, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Peter J. Ryan., Esq.
Name
115 W California Blvd #9010
Number    Street
Pasadena     CA     91105
City     State     ZIP Code

Contact phone (626) 514-0950
Contact email _____

Uniform claim identifier (if you use one): _____

Where should payments to the creditor be sent? (if different)

Name
Number    Street
City     State     ZIP Code

Contact phone _____
Contact email ryan@floresryan.com

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____
Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
| --- | --- |

6. **Do you have any number you use to identify the debtor?**

☐ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:   0   0   1   0

7. **How much is the claim?**   $ _____ 68,342.66. Does this amount include interest or other charges?

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold

9. **Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

Nature of property:

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection:   Mechanics Lien & Lawsuit to Foreclose

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $ _____

Amount of the claim that is secured:   $   68,342.66

Amount of the claim that is unsecured:  $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $   68,342.66

Annual Interest Rate (when case was filed)  10.00 %

☑ Fixed

☐ Variable

10. **Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $ _____

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. Check one: | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |
| | * Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment. | |

---

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐  I am the creditor.

☑  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    09/29/2025
                    MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Peter J. Ryan | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | FLORES RYAN, LLP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 115 W. California Blvd., #9010 | | |
| | Number      Street | | |
| | Pasadena | CA | 91105 |
| | City | State | ZIP Code |
| Contact phone | (626) 514-0950 | Email | ryan@floresryan.com |

# EXHIBIT 5



## HERRON
C O M P A N I E S

A RESTRICTED APPRAISAL REPORT OF

EXPRESS CAR WASH FACILITY
LOCATED IN
RIVERSIDE, CALIFORNIA

PREPARED FOR

MR. AMARIAH OLSON
OLSON CAPITAL INVESTMENTS
5473 BLAIR ROAD, #100, PMB 840254
DALLAS, TX 75231

PREPARED BY

CHRISTOPHER M. WADE, MAI, AND
LAURA MENDOZA, SCREA
EFFECTIVE DATE OF APPRAISAL: MAY 13, 2025
DATE OF REPORT: MAY 29, 2025
FILE #: N25-0144



# HERRON
C O M P A N I E S

May 29, 2025

**Mr. Amariah Olson**
Olson Capital Investments
5473 Blair Road, #100, PMB 840254
Dallas, TX 75231

**Regarding:**    A Restricted Appraisal Report of the Speedy Clean Express Car Wash facility
located at 6458 Van Buren Boulevard in Riverside, California

**Dear Mr. Olson:**

We have conducted the required investigation, gathered the necessary data, and made certain
analyses that have enabled us to form an opinion of the market value on the above-referenced
property.    The analyses that form the basis of this report were conducted by
Laura Mendoza, SCREA, under the supervision of Christopher M. Wade, MAI.    The
appraised value considers the real property along with business enterprise value, which is a
non-realty component of value typically included in the sale of a car wash property.

The subject property is an express car wash facility with 6,332 SF of building improvements
on a 95,396-SF site.    The facility was constructed in 2020, is in average condition, and is at
stabilized operations.    The problem to be solved in this appraisal is identification of the fee
simple market value of the going concern and the fee simple "As Is" Market Value of the real
property as of May 13, 2025.

Based on the investigation and analyses and on our experience as real estate appraisers, we
have formed the opinion that, **as of May 13, 2025**, and subject to the premises, assumptions,
and limiting conditions set forth in this report, the property described herein has a market
value amounting to:

| | |
|---|---|
| "As Is" Market Value of the Real Property | $4,580,000 |
| Contributory Business Enterprise and FF&E Value (Non-Realty)* | $    90,000 |
| Market Value of the Going Concern | $4,670,000 |

*FF&E is estimated to comprise less than $5,000 of the total non-realty value.

1 Technology Drive, Suite J701, Irvine, CA 92618    949-733-0070  Fax 949-733-0073  www.herronco.com
•Herron California  •Herron Arizona  •Herron Michigan  •Herron Environmental

**Mr. Amariah Olson**

This report is based on extraordinary assumption(s) that are explained in detail later in this report. The following analyses, opinions, and conclusions were developed and this appraisal report has been prepared in compliance with Federal Regulation 12 CFR, Parts 34, 225, 323, 545, etc., which also requires compliance with the Uniform Standards of Professional Appraisal Practice (USPAP), as mandated by the Financial Institutions Reform, Recovery and Enforcement Act (FIRREA). It is also subject to very specific limiting conditions presented in Addendum "A" (please read). This letter is an integral part of an appraisal report and should not be considered out of that context.

The intended use of this appraisal is for personal internal decision making purposes; it is not intended to be used or relied upon for any other decision-making purpose. The intended user of this appraisal is the client for this assignment, Amariah Olson; because of the nature of a Restricted Appraisal Report, all other entities are expressly prohibited from using this report.

We are dedicated to providing a report that meets with your complete satisfaction. If you have any problems or concerns regarding this appraisal or would like to discuss our analyses or conclusions, please contact Eric Witherall, Partner (949-733-0070 or eric@herronco.com), who will connect you with the appropriate person to address your questions.

Respectfully submitted,

**Christopher M. Wade, MAI**
SCREA, AG021092

**Laura Mendoza**
SCREA, AG006039

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

# RESTRICTED APPRAISAL REPORT

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

### EXECUTIVE SUMMARY

The subject property is Speedy Clean Express Car Wash, an express car wash facility located at 6458 Van Buren Boulevard in Riverside, California. The 95,396-SF site is situated at west side of Van Buren Boulevard north of Arlington Avenue. The facility consists of 6,332 SF of building improvements and is operated by the owner. Below, we have listed the square footages for the designated areas.

| | |
|---|---|
| Car Wash Tunnel | 2,880 SF |
| Detail Garage/Storage | 1,152 SF |
| Vacuum Equipment Buildings | 380 SF |
| Equipment Room | 1,920 SF |
| Total Gross Building Area | 6,332 SF |

This suburban community is located in the Inland Empire and includes industrial and commercial districts along with residential neighborhoods. The subject is situated on an interior site with good street visibility. The neighborhood surrounding the site consists of fast food restaurants, self-storage facilities, and auto-related uses with residential uses in the surrounding neighborhoods. The Riverside Airport is located northeast of the subject.

The subject is a newer owner-operated express car wash apparently with good curb appeal located on a large interior site. There are two queuing lanes that lead to the three pay stations for the car wash. The queuing has ample space for over two dozen cars. There are 24 vacuum stations on site, of which 16 were in operation at the time of inspection. The remaining 8 vacuums had no hoses in place at the time of inspection likely due to the subject low volumes (hoses are typically taken down nightly). The car wash tunnel is 160 feet. The subject is in average overall condition.

The subject has eight competitors including the subject within a 3-mile radius, two of which reportedly came on line after the client purchased the property and two of which are currently under construction. Since purchase, the subject sales have declined roughly 20% in the first year, 35% in the second year, and 45% in the most recent year. Our opinion of the market value for the subject going concern is $4,670,000. This report is based on extraordinary assumption(s) that are explained in detail later in this report.

Although the Federal Government declared the end of the COVID-19 pandemic in May 2023, its lingering effects have combined with other factors to create an uneven and uncertain economic environment over the past couple of years. Portions of the retail sector have struggled with transition to online sales alternatives, made more acute during pandemic closures. Office markets may be more heavily impacted by a trend of the work-from-home

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

model, although we have seen some partial reversal of this trend more recently. The industrial market has remained fairly stable through the various headwinds, in part fueled by the exceptional consumer spending during the pandemic and continued demand for rapid delivery in e-commerce.

For a variety of reasons, including Federal Government stimulus and other spending and exceptionally low interest rates established by the Federal Reserve before and during the COVID-19 pandemic, the economy became overheated by 2022. Inflation peaked at around 9% and has declined substantially (it is still above the 2% target in 2025, but it appears that events are in place to continue supporting a small number of interest rate cuts throughout the year). The high rates and inflation have had far-reaching effects, but the underlying economy has reportedly been functioning relatively well under the circumstances, with unemployment around 4% (less for a while but increasing some recently as the economy is cooling). The stock markets have generally shown growth but with considerable volatility and selectivity.

An anticipated substantial recession has not materialized so far, but many experts are still concerned. The economy continues to experience some lingering impact from the large amount of money spent by the government during the pandemic, among other factors, and recent surveys show that a significant portion of the population remains uneasy.

Despite the economic headwinds and uncertainty (during an election year), the medium and longer-range outlook for the U.S. economy is hopefully more promising. Individual markets have their own dynamics. We have attempted to take all of this into account as we seek to reflect the perspective of market participants.

This appraisal was completed in conformance with USPAP relative to appraisal bias as it does not contain prejudicial terminology or overt references to race, ethnicity, or other prohibited bases under federal fair lending laws. Artificial intelligence (AI) was not utilized in completing this appraisal assignment.

The Definition of Market Value presumes that a reasonable time is allowed for exposure in the open market. Exposure time is defined as the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at the estimated market value on the effective date of the appraisal. Therefore, exposure time is presumed to precede the effective date of the appraisal.

The estimate of exposure time for a car wash is rather subjective for several reasons. First, most car washes involve a significant amount of business enterprise value and are not, therefore, typically marketed in the same fashion as more conventional real estate. In other words, there is no recognized body of brokerage houses dealing with car wash properties in

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

significant enough volume to have formulated a standard marketing strategy. This means that each sale transaction is relatively unique and highly dependent upon the circumstances under which the property is sold. Secondly, the community of car wash ownership is relatively small. By and large, there seems to be a high percentage of car wash owners who own multiple facilities since the talent to properly manage a car wash is very specialized, but a single facility does not require a full-time effort on the part of an owner. The result of these market characteristics is that there is a "grapevine" communication network that an owner could easily tap into in order to "put the word out" that a property was for sale, so the actual marketing of a car wash is not too difficult, generally speaking. Thirdly, the remaining components that will generally affect the exposure time thus depend on the perception of price relative to value in a potential buyer's thinking, the historical success or lack thereof of the property in question, and the availability of financing.

With all of these factors taken into consideration, we have evaluated the estimate of exposure time based on several leading components in this equation. We consider whether the car wash can produce demonstrable evidence of successful historical operations and is at a price level at which there is a reasonable number of lenders active in the marketplace who are willing to finance such a transaction. Another influence is whether the property would qualify for SBA financing, one of the few advantageous financing vehicles available for car wash facilities. The subject scores fair in these categories.

The table below shows exposure times of various car washes with which we are familiar. (This is the length of time between the start of a listing for sale and signing of the sale contract, at which time a transaction enters escrow; it does not include the escrow period.) Note that the data show a range of exposure times from 2.5 to 11.0 months, with an average of about 5.9 months.

| Property Location | Year of Sale | Sale Price | Marketing Time (Months) |
|---|---|---|---|
| Mister Express Wash, Bakersfield, CA | 2023 | $ 4,900,000 | 2.5 |
| 3 Min car wash, Las Vegas, NV | 2023 | $ 6,200,000 | 6.0 |
| Mister Express Wash, Turlock, CA | 2023 | $ 4,312,000 | 4.5 |
| Quick Quack, Victorville, CA | 2023 | $ 3,200,000 | 3.0 |
| Pomona, CA | 2023 | $ 3,825,000 | 5.5 |
| Super Star Car Wash, Gardena, CA | 2022 | $ 3,550,000 | 3.5 |
| Los Angeles Express Wash, CA | 2022 | $ 8,450,000 | 10.0 |
| Metro Car Wash, Phoenix, AZ | 2018 | $ 1,275,000 | 11.0 |
| Clark County, NV | 2018 | $ 1,899,000 | 2.7 |
| Car Wash, Los Angeles County, CA | 2018 | $ 4,800,000 | 10.0 |

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

According to Mr. Paul Dadgar, former director of acquisitions of Carwash of America and currently the principal of the Irvine Advisory Group (providing consulting services to car wash operators), there is a much higher demand ratio for buyers interested in express washes versus full-service washes; the significantly higher demand for express washes is mostly due to the much simpler express wash operation and thus much lower labor component. Therefore, Mr. Dadgar indicated that it typically takes only around 2 months or less of marketing time to sell express car washes (not including the escrow period) and around 6-12 months, say 9 months or so, to market full-service car washes. In fact, the shortest marketing time in the above table was for an express wash. The difference also relates in part to the time it takes to attract a funded buyer with car wash experience, and express washes typically require less experience than more complex full-service washes. If a wash is over-priced to begin with, that can slow down the entire process; we assume competitive pricing based on market value.

Mr. Dadgar went on to say that a typical escrow period is 30-60 days for all cash purchases, but it is extended to around 90 days or more when financing must be secured. Therefore, the typical escrow period for an express car wash is around 60-90 days.

In view of the above, we estimate a 9-12 month period would be required to find a willing buyer for the subject express car wash based upon value conclusions contained herein. It would most likely then require an additional 3-month escrow period to line up the financing through conventional SBA lenders and obtain a closing. The result is an estimate of exposure time to consummate a transaction of around 3-6 months.

Projecting forward, in the case of the subject, we would expect a longer-than-typical time on market. We conclude on a future marketing time estimate of approximately 12 months.

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

### PHOTOGRAPHS OF SUBJECT PROPERTY



The subject is the Speedy Clean Express Car Wash facilty located at 6458 Van Buren Boulevard in Riverside, California.



This is the view of the entrance to the car wash.

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**



Interior of the car wash



The equipment room

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**



An overview of the vacuum area



A view of the car wash building is seen here.

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**



This is a view of the three entrance lanes to the car wash.



The vacuums with hoses are seen here.

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**



This is a view looking north on Van Buren Boulevard.



This is a view looking south on Van Buren Boulevard.

EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA

## 16 REQUIREMENTS FOR RESTRICTED APPRAISAL REPORTS
## USPAP STANDARDS RULE 2-2(B)

i.   State the identity of the client, or if the client requested anonymity, state that the identity is withheld at the client's request but is retained in the appraiser's workfile;

ii.  State the identity of any other intended user(s) by name;

iii. Clearly and conspicuously state a restriction that limits use of the report to the client and the named intended user(s);

iv.  Clearly and conspicuously warn that the report may not contain supporting rationale for all of the opinions and conclusions set forth in the report;

v.   State the intended use of the appraisal;

vi.  State information sufficient to identify the real estate involved in the appraisal;

vii. State the real property interest appraised;

viii. State the type of value and cite the source of its definition;

ix.  State the effective date of the appraisal and the date of the report;

x.   State the scope of work used to develop the appraisal;

xi.  State the extent of any significant real property appraisal assistance;

xii. Provide sufficient information to indicate that the appraiser complied with the requirements of Standard 1 by:

  1) Stating the appraisal methods and techniques employed;
  2) Stating the reasons for excluding the sales comparison, cost, or income approach(es) if any have not been developed;
  3) Summarizing the results of analyzing the subject sales, agreements of sale, options, and listings in accordance with Standards Rule 1-5; and
  4) Stating the value opinion(s) and conclusion(s);

xiii. State the use of the real estate existing as of the effective date and the use of the real estate reflected in the appraisal;

xiv. When an opinion of highest and best use was developed by the appraiser, state that opinion;

xv.  Clearly and conspicuously:

  • State all extraordinary assumptions and hypothetical conditions; and
  • State that their use might have affected the assignment results; and

xvi. Include a signed certification in accordance with Standards Rule 2-3.

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

### PREFACE

This is a Restricted Appraisal Report as defined in the Uniform Standards of Professional Appraisal Practice (USPAP). By prior agreement, the client has determined that a Restricted Appraisal Report is appropriate in this instance.

This report is intended to comply with the reporting requirements set forth under Standards Rule 2-2(b) of USPAP for a Restricted Appraisal Report. As such, it only briefly states the data, reasoning, and analyses that were used in the appraisal process to develop the appraisers' opinion of value. Supporting documentation concerning the data, reasoning, and analyses is retained in the appraisers' file. The depth of discussion contained in this report is specific to the needs of the client and for the intended use of this report; thus, the report cannot be used by anyone other than the client and/or other named intended users specified in this report (if any).

In accordance with prior agreement between the client and the appraisers, this scope of this assignment was designed to meet the specific needs of the client. The intended user(s) of this report is warned that the reliability of the value conclusion provided may be impacted to the degree that the scope of the assignment was modified.

Standards Rule 2-2(b) of the USPAP specifies that a Restricted Appraisal Report must address 16 issues numbered i through xvi. The following sections of this report are presented in a manner so as to comply with those 16 requirements, which are summarized on the preceding page.

i.    **STATE THE IDENTITY OF THE CLIENT, OR IF THE CLIENT REQUESTED ANONYMITY, STATE THAT THE IDENTITY IS WITHHELD AT THE CLIENT'S REQUEST BUT IS RETAINED IN THE APPRAISER'S WORKFILE.**

Our client in this assignment, Amariah Olson, is also the only intended user of this report.

ii.   **STATE THE IDENTITY OF ANY OTHER INTENDED USER(S) BY NAME.**

There are no additional intended users of this report.

EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA

iii.    **CLEARLY AND CONSPICUOUSLY STATE A RESTRICTION THAT LIMITS USE OF THE REPORT TO THE CLIENT AND THE NAMED INTENDED USER(S).**

Because of the nature of a Restricted Appraisal Report, all other entities except the client and any other named intended users as stated above (if any) are expressly prohibited from using this report.

iv.    **CLEARLY AND CONSPICUOUSLY WARN THAT THE REPORT MAY NOT CONTAIN SUPPORTING RATIONALE FOR ALL OF THE OPINIONS AND CONCLUSIONS SET FORTH IN THE REPORT.**

The report may not contain supporting rationale for all of the opinions and conclusions set forth in the report.

v.    **STATE THE INTENDED USE OF THE APPRAISAL.**

This appraisal has been prepared for the sole and exclusive use of our client for the purpose of personal internal decision-making; it is not intended to be used or relied upon for any other decision-making purpose.

vi.    **STATE INFORMATION SUFFICIENT TO IDENTIFY THE REAL ESTATE INVOLVED IN THE APPRAISAL.**

The subject is located at 6458 Van Buren Boulevard in the city of Riverside in the county of Riverside and is identified by Assessor Parcel 155-290-062.

According to FEMA Flood Map No. 06065C0705H, dated September 12, 2024, the property is located in Flood Zone "X," which is **NOT in a Special Flood Hazard Area**. Lenders generally do not require insurance on properties in the neighborhood.

We have not fully investigated zoning issues and Americans with Disabilities Act (ADA) compliance. We did not see any significant toxic hazards during our property inspection but have not performed enough research to offer any definitive opinion in this matter.

vii.    **STATE THE REAL PROPERTY INTEREST APPRAISED.**

**Property Rights Appraised**

We are appraising the **fee simple interest** in the subject property, which is defined below. We note that the interest is actually less than fee simple if there are any

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

instruments such as easements or deed restrictions in place laying a claim to any portion of the legal "bundle of rights"; however, since this appraisal ignores any possible leases in place, the term "fee simple" is the closest descriptive, recognizing the influence of deed restriction(s) described elsewhere in the report.

**Fee Simple Estate**.[1]    Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.

#### viii.    STATE THE TYPE OF VALUE AND CITE THE SOURCE OF ITS DEFINITION.

The purpose of this report is to estimate the market value of the subject property herein described at the request of the client.

**Market Value**.[2]    The most probable price that a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

- Buyer and seller are typically motivated;
- Both parties are well informed or well advised and acting in what they consider their own best interests;
- A reasonable time is allowed for exposure in the open market;
- Payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto; and
- The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

**Market Value of the Going Concern**.[3]    The market value of an established and operating business including the real property, personal property, financial assets, and the intangible assets of the business.

---

[1] *The Dictionary of Real Estate Appraisal*, 7th ed.  (Chicago:  Appraisal Institute, 2022).
[2] OCC (12 CFR, Part 34, Subpart C-Appraisals, 34.42[h]); FDIC (12 CFR, Part 323); FRB (12 CFR, Part 225); OTS (12 CFR, Part 545).  This definition is compatible with the definition of market value in *The Dictionary of Real Estate Appraisal*, 7th ed.  (Chicago:  Appraisal Institute, 2022).  It is also compatible with the definition of market value of the OTS, RTC, FDIC, NCUA, and the Board of Governors of the Federal Reserve System.
[3] *The Dictionary of Real Estate Appraisal*, 7th ed.  (Chicago:  Appraisal Institute, 2022).

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

ix. **STATE THE EFFECTIVE DATE OF THE APPRAISAL AND THE DATE OF THE REPORT.**

The effective date of the appraisal is **May 13, 2025**. The date of the report is **May 29, 2025**.

x. **STATE THE SCOPE OF WORK USED TO DEVELOP THE APPRAISAL.**

We began by inspecting the subject property and the surrounding neighborhood and then performed research necessary to properly understand the subject and the factors that influence value. This involved a combination of tasks that typically include online research and discussions in person or by telephone with market participants and/or public officials. In some instances, we have utilized portions of relevant market and data research performed within the scope of other recent assignments. We consulted appropriate sources for market data, using confirmed transactions as comparables wherever possible. A portion of the subsequent analysis and resulting value indications are summarized in the enclosed spreadsheets.

This is a limited-scope appraisal assignment, and therefore less time was spent on some aspects of the research, data collection, and analyses. The reliability of the value conclusions presented herein may be slightly less than if the appraisal scope were not limited. However, the appraiser has taken care to ensure that any limitations in scope will not result in a misleading conclusion. The results are presented in a Restricted Appraisal Report, with certain important limitations that are explained elsewhere.

xi. **STATE THE EXTENT OF ANY SIGNIFICANT REAL PROPERTY APPRAISAL ASSISTANCE.**

No one provided significant real property appraisal assistance to the persons signing this appraisal report.

xii. **PROVIDE SUFFICIENT INFORMATION TO INDICATE THAT THE APPRAISER COMPLIED WITH THE REQUIREMENTS OF STANDARD 1 BY:**
   1) STATING THE APPRAISAL METHODS AND TECHNIQUES EMPLOYED;
   2) STATING THE REASONS FOR EXCLUDING THE SALES COMPARISON, COST, OR INCOME APPROACH(ES) IF ANY HAVE NOT BEEN DEVELOPED;
   3) SUMMARIZING THE RESULTS OF ANALYZING THE SUBJECT SALES, AGREEMENTS OF SALE, OPTIONS, AND LISTINGS IN ACCORDANCE WITH STANDARDS RULE 1-5; AND
   4) STATING THE VALUE OPINION(S) AND CONCLUSION(S).

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

**Appraisal Methods and Techniques Employed, Approach(es) Excluded**

During the course of our research and analysis, we employed the Cost, Sales, and Income Approaches to value, some of which is considered work product retained in our files. With the consent of the client and consistent with the scope of this assignment, only the Cost and Income Approaches were utilized in our analysis; the Sales Comparison Approach was not included because the Income Approach is more reliable in a car wash.

**Ownership History, Agreements of Sale, Options and Listings**

Based on public records, fee title to the subject property is vested in Riverside Express Car Wash. The owners reportedly purchased the property as a going concern on July 22, 2021, at a purchase price of $10 million, according to the owner, although we were unable to verify this. Since that time, sales and volumes have declined annually with the addition of new competitors and more in the pipeline; the former sales price is well above our conclusion of current going concern market value of $4,670,000. We are aware of no sale transactions, agreements of sale, options, listings, or prior transfers that have taken place within the past 3 years, although no warranty of title is implied.

**Value Conclusions**

We conclude on an estimate of fee simple market value of the going concern in the amount of $4,670,000 and fee simple "As Is" Market Value of the real property in the amount of $4,580,000 as of May 13, 2025. This report is based on extraordinary assumption(s) that are explained in detail later in this report.

**Workfile**

The contents of our workfile includes sufficient information to indicate that the appraiser complied with the requirements of Standard 1 and for the appraisers to produce an Appraisal Report. The workfile is available for inspection by the client or the client's representatives, state enforcement agencies, such third parties as may be authorized by due process of law, and a duly authorized professional peer review committee except when such disclosure to a committee would violate applicable law or regulation.

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

xiii.  **STATE THE USE OF THE REAL ESTATE EXISTING AS OF THE EFFECTIVE DATE AND THE USE OF THE REAL ESTATE REFLECTED IN THE APPRAISAL.**

**Use of the Real Estate as Existing**

Express Car Wash

**Use of the Real Estate Reflected in the Appraisal**

Express Car Wash

xiv.  **WHEN AN OPINION OF HIGHEST AND BEST USE WAS DEVELOPED BY THE APPRAISER, STATE THAT OPINION.**

**Conclusion of Highest and Best Use as if Vacant**

The conclusion is based on a consideration of those uses that are physically possible, legally permitted, and financially feasible. This is further limited by the use or uses that provide the highest return to the land component (highest residual land value). After consideration of these factors, we conclude that the highest and best use of the subject site, as if vacant, is to hold for future development.

**Conclusion of Highest and Best Use as Existing**

The existing improvements reflect considerable obsolescence as there is an abundance of competition and declining revenues. Although the improvements are still capable of generating income, the amount of this income is only marginally able to produce a reasonable return to just the land component itself and little return, if any, to the improvements. The ability to produce rent should only be viewed as income that would offset normal holding costs until the property can be redeveloped to its highest and best use. Our conclusion is that the present improvements represent an interim use only.

xv.  **CLEARLY AND CONSPICUOUSLY STATE ALL EXTRAORDINARY ASSUMPTIONS AND HYPOTHETICAL CONDITIONS AND STATE THAT THEIR USE MIGHT HAVE AFFECTED THE ASSIGNMENT RESULTS.**

**Extraordinary Assumptions.** The following Extraordinary Assumptions appear to be reasonable and are an important part of the valuation analysis; consequently, their use might have affected the assignment results. We were provided limited historical financials for the past 2 rolling years beginning May 2023 and car counts for the past

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

4 years.  If more complete information were provided, it could have an impact on value.

Please refer to the Addendum "A" for a summary of assumptions and Contingent and Limiting Conditions.  Despite our request, a current preliminary title report was not provided for our review.  Since we did not have access to a current title report depicting all matters that may or may not have impact on the property, we emphasize that the value estimated herein assumes no adverse conditions.  If a title report were to uncover unfavorable conditions, the value conclusion for the subject property could be impacted and therefore this report would be subject to revision.    Use of this extraordinary assumption may affect the value conclusion(s).

**Hypothetical Conditions.**  There are no hypothetical conditions in this appraisal.

xvi.    **INCLUDE A SIGNED CERTIFICATION IN ACCORDANCE WITH STANDARDS RULE 2-3.**

Refer to the Certification of Appraisal on the following page.

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

### CERTIFICATION OF APPRAISAL

I certify that, to the best of my knowledge and belief:

- the statements of fact contained in this report are true and correct.

- the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- my engagement in this assignment was not contingent upon developing or reporting predetermined results.

- my compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- this appraisal was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

- this appraisal was completed without regard to race, color, religion, national origin, sex, marital status, or any other prohibited basis and does not contain references that could be regarded as discriminatory.

- my analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Practice of the Appraisal Institute and the *Uniform Standards of Professional Appraisal Practice*.

- the use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- as of the date of this report, Christopher M. Wade has completed the requirements under the continuing education program of the Appraisal Institute.

- Laura Mendoza has made a personal inspection of the property that is the subject of this report.  Christopher M. Wade has not made a personal inspection of the property.

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

- the undersigned have performed no services, as appraisers or in any other capacity, regarding the property that is the subject of this report within the 3-year period immediately preceding acceptance of this assignment.

- no one provided significant real property appraisal assistance to the persons signing this certification.

**Christopher M. Wade, MAI**
SCREA, AG021092

**Laura Mendoza**
SCREA, AG006039

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

## QUALIFICATIONS OF THE APPRAISER
## CHRISTOPHER M. WADE, MAI

### PROFESSIONAL EXPERIENCE

**Chief Executive Officer/President**, S.S. Herron & Associates, Inc., Irvine, CA (parent corporation of Herron Companies)--October 2014 to present

**Chief Operations Officer**, S.S. Herron & Associates, Inc., Irvine, CA.  Managed operations of the company and supervised and trained appraisers and staff--April 1999 to October 2014

**Staff Appraiser,** S.S. Herron & Associates, Inc., Irvine, CA.  As fee appraiser, prepared full narrative appraisal reports on a variety of commercial, industrial, and residential properties, including proposed and existing industrial, office, retail, and various specialty commercial developments--September 1990 to April 1999

**Commercial/Industrial Senior Real Estate Agent**, Burke Commercial Real Estate, Inc., Orange, CA.  Negotiated lease and sale contracts on behalf of owners and/or tenants/buyers for commercial or industrial land and buildings.  Consulted developers on market trends and performed feasibility studies--February 1987 to August 1990

**Assistant Project Manager**, Shelly Group, Inc., Capistrano Beach, CA.  Responsible for solicitation of subcontractor bids, scheduling of projects, cost breakdown analysis and assisted onsite superintendent--April 1986 to February 1987

### EDUCATION AND PROFESSIONAL MEMBERSHIPS

BS--Real Estate Finance, 1986--University of Southern California, Los Angeles, CA
U.S.C. Overseas Studies, Madrid, Spain--Spring 1984
Certified General Appraiser, Arizona, 31044 (2/28/27)
Certified General Appraiser, California, AG021092 (7/17/26)
Certified General Appraiser, Colorado, CG11655 (12/31/26)
Certified General Appraiser, Nevada, A.0006756-CG (5/31/26)
Certified General Appraiser, Oregon, C000705 (7/31/26)
Certified General Appraiser, Washington, 1100943 (7/17/25)
Member, Appraisal Institute

### RELEVANT COURSE WORK

Real Estate Principles
Real Estate Finance and Investments
Real Estate Valuation
Real Estate Law
Corporate Finance and Investment
Fundamentals of Separating Real Property, Personal Property, and
    Intangible Business Assets (Appraisal Institute Course Completed March 6, 2012)

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

## TYPES OF PROPERTIES APPRAISED

Industrial Land
Commercial Land
Proposed and Existing Projects
Industrial Buildings
Office Buildings
Retail Buildings
Residential Acreage and Subdivisions
Car Washes
Petroleum Facilities
Hotels and Motels
Apartment Complexes

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**



Business, Consumer Services & Housing Agency
**BUREAU OF REAL ESTATE APPRAISERS**
**REAL ESTATE APPRAISER LICENSE**

Christopher M. Wade

has successfully met the requirements for a license as a residential and commercial real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified General Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:    AG 021092

Effective Date:    July 18, 2024
Date Expires:      July 17, 2026

Angela Jemmott, Bureau Chief, BREA

3076868

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

## QUALIFICATIONS OF THE APPRAISER

### LAURA MENDOZA

## EDUCATION & PROFESSIONAL MEMBERSHIPS

Bachelor of Arts--Journalism--1983, California State University, Long Beach
Certified General Appraiser, State of California, AG006039 (2/21/26)

## BUSINESS EXPERIENCE

**S.S. Herron & Associates, Inc.**, Irvine, CA--As a fee appraiser, prepares full narrative and UCIAR, 8-page, and 4-page form reports on a variety of properties, including office, retail, industrial, R&D, and special-purpose properties--May 1993 to present

**Paul Jackle & Associates**, Huntington Beach, CA--As a fee appraiser, wrote full narrative and short-form appraisal reports on a variety of commercial and major residential properties including proposed and existing shopping centers, industrial projects, motels, special-purpose properties, apartment projects, and condominium projects--June 1987 to May 1993

**Orange Coast Daily Pilot**, Costa Mesa, CA--As a full-time writer, covered South County Courts and the city of Laguna Beach--October 1985 to March 1987

**Whittier Daily News**, Whittier, CA--As a full-time writer, covered the city of Whittier government and police--September 1984 to October 1985

## FORMAL TRAINING

**Society of Real Estate Appraisers:**
Introduction to Appraising Real Property (Course 101)
Applied Residential Property Valuation (Course 102)
Principles of Income Property Appraising (Course 201)

**Appraisal Institute:**
Standards of Professional Practice (Parts A & B)
Narrative Report Writing and Valuation Analysis (Course 540)
Fundamentals of Separating Real Property, Personal Property, and
   Intangible Business Assets (Appraisal Institute Course Completed March 6, 2012)

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

### TYPES OF PROPERTIES APPRAISED

Apartment Complexes
Banks and Financial Buildings (Fee and Leased Fee)
Bulk Tank Facilities
Car Washes
Card-Lock Petroleum Facilities
Condominiums Projects
Gas Stations
Hotels and Motels
Leaseholds and Ground Leases
Office Buildings
R&D Developments
Residential/Commercial/Industrial Land
Retail Strip Centers/Restaurants
Shopping Centers
Single- and Multi-Tenant Industrial Properties
Special-Purpose Properties (Senior Housing, Churches)
Subdivision Land and Residential Subdivisions
Total Valuations Exceed $1 Billion

EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA



Business, Consumer Services & Housing Agency

BUREAU OF REAL ESTATE APPRAISERS

REAL ESTATE APPRAISER LICENSE

Laura Mendoza

has successfully met the requirements for a license as a residential and commercial real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified General Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:    AG 006039

Effective Date:    February 22, 2024
Date Expires:      February 21, 2026

Angela Jemmott, Bureau Chief, BREA

3072903

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

# ADDENDA SECTION

A.    Contingent & Limiting Conditions

B.    Engagement Letter

C.    Applicable Maps & Exhibits

D.    Historical Data

E.    Income Analysis

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

## ADDENDUM  A

### Contingent & Limiting Conditions

EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA

## CONTINGENT & LIMITING CONDITIONS

- The liability of S. S. Herron & Associates, Inc., its employees, and subcontractors is limited to the client only and to the fee actually received by appraiser(s). Further, there is no accountability, obligation, or liability to any third party. If this report is placed in the hands of anyone other than the client, the client shall make such party aware of all limiting conditions and assumptions of the assignment and related discussions. The appraiser(s) is in no way to be responsible for any costs incurred to discover or correct any deficiencies of any type present in the property: physically, financially, and/or legally. In the case of limited partnerships or syndication offerings or stock offerings in real estate, client agrees that, in the case of lawsuit (brought by lender, partner, or part owner in any form of ownership, tenant, or any other party), for any and all awards or settlements of any type in such suit, regardless of outcome, client will hold appraiser(s) completely harmless in any such action.

- Possession of this report or any copy thereof does not carry with it the right of publication, nor may it be used for other than its intended use; the physical report(s) remains the property of the appraiser(s) for the use of the client, the fee being for the analytical services only.

- We reserve the right to accept assignments for future appraisal work on the property that is the subject of this report from any client as long as such contracts are pursuant to USPAP guidelines, and we do not recognize any restrictions against making such a contract.

- This appraisal is to be used only in its entirety, and no part is to be used without the whole report. All conclusions and opinions concerning the analysis as set forth in the report were prepared by the appraiser(s) whose signature(s) appears on the appraisal report, unless indicated as "Review Appraiser." No change of any item in the report shall be made by anyone other than the appraiser(s) and/or officer of the firm. The appraiser(s) and firm shall have no responsibility if any such unauthorized change is made.

- No responsibility is assumed for accuracy of information furnished by the work of or work by others, the client, client's designee, or public records. We are not liable for such information or the work of possible subcontractors. Be advised that some of the people associated with our firm and possibly signing the report are independent contractors. The comparable data relied upon in this report have been confirmed with one or more parties familiar with the transaction or from affidavit or other source thought reasonable; all are considered appropriate for inclusion to the best of our factual judgment and knowledge. An impractical and uneconomic expenditure of time would be required in attempting to furnish unimpeachable verification in all instances, particularly as to engineering and market-related information. It is suggested that the client consider independent verification as a prerequisite to any transaction involving sale, lease, or other significant commitment of funds or subject property.

- The contract for appraisal, consultation, or analytical service is fulfilled and the total fee is payable upon completion of the report. The appraiser(s) or those assisting in preparation of the report will not be asked or required to give testimony in court or hearing because of having made the appraisal, in full or in part, nor engage in post-appraisal consultation with client or third parties except under separate and special arrangement and at additional fee. If testimony or deposition is required because of any subpoena, the client shall be responsible for any additional time, fees, and charges regardless of issuing party.

- The sketches and maps in this report are included to assist the reader in visualizing the property and are not necessarily to scale. Various photos, if any, are included for the same purpose as of the date of the photos. Site plans are not surveys unless shown from separate surveyor.

- No responsibility is assumed for matters legal in character or nature, nor of any architectural, structural, mechanical, or engineering nature. No opinion is rendered as to the title, which is presumed to be good and merchantable. The property is appraised as if free and clear, unless otherwise stated in particular parts of the report.

- The legal description is assumed to be correct as used in this report as furnished by the client, client's designee, or as derived by the appraiser(s).

- Please note that no advice is given regarding mechanical equipment or structural integrity or adequacy; nor soils and potential for settlement, drainage, and such (seek assistance from qualified architect and/or engineer); nor matters concerning liens, title status, legal marketability (seek legal assistance), and such. The lender and owner

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

should inspect the property before any disbursement of funds; further, it is likely that the lender or owner may wish to require mechanical or structural inspections by qualified and licensed contractor, civil or structural engineer, architect, or other expert.

- The appraiser(s) has inspected as far as possible, by observation, the land and the improvements; however, it was not possible to personally observe conditions beneath the soil or hidden structural or other components. We have not critically inspected mechanical components within the improvements unless specifically stated and considered in the report. The value estimate considers there to be no such conditions that would cause a loss of value. The land or the soil of the area being appraised appears firm; however, the likelihood of subsidence in the area is unknown. The appraiser(s) does not warrant against this condition or occurrence of problems arising from soil conditions.

- The appraisal is based on there being no hidden, unapparent, or apparent conditions of the property site, subsoil, or structures or toxic materials that would render it more or less valuable. No responsibility is assumed for any such conditions or for any expertise or engineering to discover them. All mechanical components are assumed to be in operable condition and status standard for properties of the subject type. Conditions of heating, cooling, ventilating, electrical, and plumbing equipment is considered to be commensurate with the condition of the balance of the improvements unless otherwise stated. No judgment may be made by us as to adequacy of insulation, type of insulation, or energy efficiency of the improvements or equipment that is assumed standard for subject age and type.

- The appraisal is based on the premise that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless otherwise stated in the report; further, that all applicable zoning, building, use regulations, and restrictions of all types have been complied with unless otherwise stated in the report; further, it is assumed that all required licenses, consents, permits, or other legislative or administrative authority, local, state, federal, and/or private entity or organization have been or can be obtained or renewed for any use considered in the value estimate.

- No environmental or impact studies, special market study or analysis, highest and best use analysis study, or feasibility study has been requested or made unless otherwise specified in an agreement for services or in the report.

- Unless otherwise stated in this report, the appraiser(s) signing this report has no knowledge concerning the presence or absence of toxic materials and/or urea-formaldehyde foam insulation in existing improvements; if such is present, the value of the property may be adversely affected and re-appraisal at additional cost may be necessary to estimate the effects of such.

- Unless otherwise stated in this report, the existence of hazardous material, which may or may not be present on the property, was not observed by the appraiser(s). The appraiser(s) has no knowledge of the existence of such materials on or in the property. The appraiser(s), however, is not qualified to detect such substances. The presence of substances such as asbestos, urea-formaldehyde foam insulation, or other potentially hazardous materials may affect the value of the property. The value estimate is predicated on the assumption that there is no such material on or in the property that would cause a loss in value. No responsibility is assumed for any such conditions or for any expertise or engineering knowledge required to discover them. The client is urged to retain an expert in this field, if desired.

- If the appraiser(s) has not been supplied with a termite inspection, survey, or occupancy permit, no responsibility or representation is assumed or made for any costs associated with obtaining same or for any deficiencies discovered before or after they are obtained. No representation or warranties are made concerning obtaining the above-mentioned items.

- The appraiser(s) assumes no responsibility for any costs or consequences arising due to the need, or the lack of need, for flood hazard insurance. An agent for the Federal Emergency Management Agency (FEMA) should be contacted to determine the need for flood hazard insurance.

- The distribution of the total valuation in this report between land and improvements applies only under the existing program of utilization. The separate valuations for land and building must not be used in conjunction with any other appraisal and are invalid if so used.

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

- The market value estimated and the costs used are as of the date of the estimate of value. All dollar amounts are based on the purchasing power and price of the dollar as of the date of the value estimate.

- Furnishings and equipment or personal property or business operations, except as specifically indicated and typically considered as a part of real estate, have been disregarded with only the real estate being considered in the value estimate unless otherwise stated.

- Unless stated otherwise, improvements proposed, if any, on- or offsite, as well as any repairs required, are considered, for purposes of this appraisal, to be completed in good and workmanlike manner according to information submitted and/or considered by the appraiser(s). In cases of proposed construction, the appraisal is subject to change upon inspection of the property after construction is completed. This estimate of market value is as of the date shown, as proposed, as if completed, and operating at levels shown and projected. This may or may not reflect the "as is" value.

- The estimated market value, which is defined in the report, is subject to change with market conditions over time; value is highly related to exposure time, promotional effort, terms, motivation, and conditions surrounding the offering. The value estimate considers the productivity and relative attractiveness of the property physically and economically in the marketplace.

- In cases of appraisals involving the capitalization of income benefits, the estimate of market value or investment value or value in use is a reflection of such benefits and interpretation by the appraiser(s) of income and yields and other factors derived from general and specific client and market information. Such estimates are based on income as of the appraisal date along with any reasonable expectations of change in that income over the succeeding 12 months to the extent estimable on the appraisal date; they are, however, subject to change or outcomes other than anticipated due to the dynamic nature of the real estate market.

- The "estimate of market value" in the appraisal report is not based in whole or in part upon the race, color, or national origin of the present owners or occupants of the properties near the property appraised.

- The appraisal report and value estimate are subject to change if physical, legal, or taxing entity or financing is different than that envisioned in this report. Values are based on present tax laws and do not anticipate future changes in tax laws.

- It is assumed that the property that is the subject of this report will be under prudent and competent ownership and management, neither inefficient nor superefficient.

- The fee for this appraisal or study is for the service rendered and not for the physical report itself or for the time spent on the physical report.

- Unless otherwise noted herein, the review appraiser has supervised and directed all of the research effort and taken a major role in the analysis of the data produced by this research but has not personally performed the research and has not necessarily inspected the subject or market comparable properties.

- As part of our marketing efforts and in appreciation for past business, we will occasionally send our clients various gifts such as calendars, gift certificates, or gift baskets, etc. It is a USPAP requirement that we disclose anything we might have paid in an effort to gain business. While the purpose of giving these items is normally to show appreciation for past business, we are also hoping to foster a good relationship with the recipient in order to continue getting their business in the future.

- **ACCEPTANCE OF AND/OR USE OF THIS APPRAISAL REPORT BY THE CLIENT OR ANY THIRD PARTY CONSTITUTES ACCEPTANCE OF THE ABOVE CONDITIONS. LIABILITY OF THE APPRAISER(S) EXTENDS ONLY TO STATED CLIENT, NOT SUBSEQUENT PARTIES OR USERS, and is limited to the amount of fee received by the appraiser(s).**

- **If the client or any third party brings legal action against Herron Companies or the signers of this report and the appraisers prevail, the party initiating such legal action shall reimburse Herron Companies and/or appraisers for any and all costs of any nature, including attorneys' fees, incurred in their defense.**

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

# ADDENDUM  B

**Engagement Letter**

EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA

# HERRON
## C O M P A N I E S

Technology Drive, #J701
Irvine CA 92618
Main: 949-733-0070
www.HerronCo.com

May 7, 2025

Amariah Olson
Olson Capital Investments
5473 Blair Rd Ste 100  PMB 840254
Dallas, TX 75231

Re:    Terms of Appraisal Engagement

Amiriah Olson:

Herron Companies ("Appraiser") is pleased to present this proposal for appraisal services to Olson Capital Investments ("Client"). Please sign and return a copy of this letter to indicate acceptance of these terms of engagement. We look forward to being of service to you on this assignment.

Appraiser and Client agree to the terms of engagement set forth below and refer to terms collectively as the "Agreement." When capitalized below, the term "Personnel" refers to any and all present and former owners, shareholders, partners, members, officers, directors, appraisers, employees or independent contractors of the respective party.

1.    Subject Property and Appraisal Information.

    a.    Identification of Subject Property.  The property to be appraised is:
        Car washes (2)
        2035 N Tustin Ave
        Santa Ana, CA
        &
        6458 Van Buren Blvd
        Riverside, CA

    b.    Intended Use of Appraisal. The intended use of the appraisal is to develop and report an opinion of the market value of the subject property for Client's use solely for internal decision-making purposes. Appraiser does not intend, or consent to, any other use of the appraisal. Client understands and agrees that Appraiser and its Personnel provide no warranty, representation or prediction as to the outcome related to any use of the appraisal.

    c.    Intended User(s). The only intended user of the appraisal shall be Client. Appraiser does not intend or anticipate that any other parties will use or rely on the appraisal.

    d.    Type of Value. The type of value to be used for the appraisal is: as-is market value.

N25-0144                                    33

## EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA

Herron Companies - Terms of Appraisal Engagement
Page 2 of 6

e.  Date of Value. The subject property is to be valued as of the date of the inspection. Client confirms and agrees that Appraiser is not responsible for determining whether the date of value requested by Client is appropriate for Client's intended use of the appraisal.

f.  Scope of Work. At this time, Appraiser's anticipated scope of work for developing the appraisal will include: interior/exterior property inspection. The scope of work is limited to the most applicable approach to value. The exclusion of the other approaches is not anticipated to be detrimental to the credibility or reliability of the value conclusion. If during the course of the assignment another approach is deemed necessary to develop a credible opinion of value, then the approach will be performed, but not written up, and retained in the appraiser's file.

g.  Report Options and Format. The appraisal will be reported as a Restricted Appraisal Report and will be reported using a narrative report format.

h.  Delivery Date. Appraiser will use Appraiser's best efforts to deliver the appraisal report no later than **2 weeks** from the receipt of the fully executed Appraisal Engagement Letter and **retainer**.  In the event of an anticipated delay beyond that date, Appraiser will inform Client promptly.

i.  Appraisal Fee. Appraiser's fee for the appraisal is **$6,500**. Payment for the appraisal is due prior to commencement of the assignment.

Should the assignment be canceled after work has commenced, a cancellation fee will be incurred based on the percentage of completion as of the date of cancellation. Further, in the event that, after completing the field work phase of the appraisal, it becomes necessary to alter the parameters of the appraisal, such as the property description; date of appraisal; financial, management, or ownership structure; or any other factor which could change the final estimate of value, or if additional information is provided to the appraisers that should have been included in the initial package of submission items or if new information becomes available to the client and the client wishes to have it considered and/or incorporated and this information requires a change in the final estimate of value, Herron Companies will be entitled to charge an additional fee based upon our current per diem rates and the time required to incorporate the necessary changes into our analysis in the final report. In addition, the estimate of timing will be extended by an amount that is at least equal to the added work, possibly by a longer period of time if the scope of these changes results in an undue interference with the deadlines of other appraisal assignments. Finally, if the job is cancelled before work commences, an administrative fee of 5% of the total fee, or $300, whichever is greater, will be incurred.

j.  Report Copies: The final report will be delivered in an electronic copy.  If hard copies are needed, their cost is $100 each if ordered with this contract ($150 thereafter).

k.  Court Work. It is expressly understood that this assignment does not contemplate court testimony/deposition/work unless prior arrangements have been made.   Should court testimony/deposition/work be required, the fee for this time is $500/hour for all time involved in preparation, travel, and appearance whether or not the appraiser is called to testify.

N25-0144                          34

## EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA

Herron Companies - Terms of Appraisal Engagement
Page 3 of 6

l.  <u>Prior Services Regarding Subject Property</u>. At this time, the appraiser who will perform the appraisal has performed no services, as appraisers or in any other capacity, regarding the property that is the subject of this report within the 3-year period immediately preceding acceptance of this assignment.

2.  <u>Property Documentation</u>. Client agrees to provide Appraiser with the documentation required and requested by the Appraiser to complete the appraisal. At this time, Appraisers requests the following information:

    a.  Property contact for the site inspection (phone number and email)
    b.  Past three years and YTD historical operating P&L statements

    Your ability to provide the proper supporting material will substantially influence the time estimated to complete the assignment. Delays in Appraiser's receipt of requested documentation in the proper format may result in Appraiser being unable to deliver the appraisal report on the delivery date stated above. Additional fees may apply if incomplete and/or disorganized information is provided. Additional fees may also apply if new or revised information is provided near or after the appraisal due date, as it may require revisions to the analysis.

    Also, any changes in the values originally requested that may be caused by the addition or deletion of various portions of the property to be appraised or changes in a tenant rent roll or lease rates and provisions will also entail extra effort on behalf of the appraisers to amend the report in process. While we are happy to comply with these requests, they will result in an increase in the appraisal cost and possibly a delay in the assignment. Please take these matters into consideration and provide us with the most specific and relevant information possible at this time so that additional charges can be avoided.

3.  <u>Appraisal Conditions</u>. The appraisal(s) performed under this Agreement will be subject to all statements, assumptions, limiting conditions and other conditions (collectively, "Appraisal Conditions") set forth in the appraisal report(s). Client agrees that Client will review the Appraisal Conditions upon receipt of the report(s) and that Client's use of the appraisal(s) will constitute acceptance of the Appraisal Conditions. The Appraisal Conditions shall be considered as being incorporated into and forming part of this Agreement with respect to the appraisal in which they are contained and to the services relating to that appraisal. Additional Appraisal Conditions may be developed during performance of the appraisal and set forth in the report.

    Unless specifically stated otherwise in an appraisal report, and without limiting the Appraisal Conditions applicable to any report, Appraiser and Client agree that the appraisal will be based on the following assumptions and that Appraiser and its Personnel shall have no responsibility for determining and disclosing whether: (a) title to the subject property is good and marketable; (b) the subject property is free and clear of liens and encumbrances; (c) the property is in compliance with local, state and federal zoning, building, disability access and environmental laws, regulations and standards; (d) the subject property is free of contamination, mold, pollution and other hazardous

## EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA

Herron Companies - Terms of Appraisal Engagement
Page 4 of 6

materials; (e) improvements on the subject property are mechanically and structurally sound; (f) required building permits and planning approvals exist for improvements on the subject property; and (g) lease, rent and expense information received by Appraiser from third parties believed to be reputable is truthful and accurate.

4.   Confidentiality. Appraiser and its Personnel will comply with all duties of confidentiality imposed by applicable law and professional appraisal standards (including the Uniform Standards of Professional Appraisal Practice, if applicable to the assignment). Client consents to and authorizes Appraiser and its Personnel to disclose the appraisal report(s) and other information relating to the appraisal assignment, including information which may be considered confidential, to third persons as required by law, as necessary for compliance with professional appraisal standards, and as necessary for the purpose of Appraiser's or its Personnel's response to threatened or actual legal or regulatory actions.

5.   Subpoenas and Testimony. In the event that Appraiser or any of its Personnel is required by subpoena or other legal process to provide testimony or produce documents relating to Appraiser's services or appraisals under this Agreement, whether in court, deposition, arbitration or in any other proceeding, and regardless of the identity of the party requiring such testimony or production of documents, Client agrees to compensate Appraiser for the reasonable time incurred by Appraiser and its Personnel in connection with preparation for and provision of such testimony and/or documents at Appraiser's regular hourly rates in effect at that time for expert/testimonial services and to reimburse Appraiser's reasonable actual expenses.

6.   Designation as an Expert Witness. Unless otherwise stated in this Agreement, Client will not designate or disclose Appraiser or any of its Personnel as an expert witness in any court, arbitration or other proceeding without the prior written consent to such designation or disclosure by Appraiser.

7.   Third Party Beneficiaries. This Agreement is made solely for the benefit of Client and Appraiser, and no other person shall have any right, benefit or interest under this Agreement, except as otherwise specifically provided in the Agreement.

8.   Use of Appraisal(s) for Tax Purposes. In the event that Client utilizes or submits Appraiser's appraisal(s) in connection with a tax matter (with or without Appraiser's consent), Client understands and agrees that Appraiser and its Personnel provide no warranty, representation or prediction as to the outcome of the tax matter. Client understands and acknowledges that the taxing authority (whether it is the Internal Revenue Service or any state or local tax authority) may disagree with or reject the appraisal(s) or otherwise disagree with Client's tax position, and further understands and acknowledges that the taxing authority may seek to collect from Client additional taxes, interest, penalties or fees. Client agrees that Appraiser and its Personnel shall have no responsibility or liability to Client or any other party for any such taxes, interest, penalties or fees and Client will not seek damages or other compensation from Appraiser or its Personnel relating to any taxes, interest, penalties or fees imposed on Client or for any attorneys' fees, costs or other expenses relating to Client's tax matter. These limitations of liability and damages restrictions shall be in addition to any other limitations and restrictions stated in this Agreement. Appraiser's Personnel are intended third party beneficiaries of this section.

## EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA

Herron Companies - Terms of Appraisal Engagement
Page 5 of 6

9.    Time Period for Legal Actions. Unless the time period is shorter under applicable law, Appraiser and Client agree that any legal action or lawsuit by one party against the other party or by a party against the other party's Personnel relating to (a) this Agreement, (b) any services or appraisals under this Agreement or (c) any acts or conduct relating to such services or appraisals shall be filed in court within two (2) years from the date of delivery to Client of the appraisal(s) to which the claims or causes of action in the legal action or lawsuit relate or, in the event that no appraisal has been performed, within two (2) years from the alleged act or conduct that is the subject of the claim or cause of action in the legal action or lawsuit. The time period stated in this section shall not be extended by any incapacity of a party or any delay in the discovery or accrual of the underlying claims, causes of action or damages. The time period stated in this section shall apply to all non-criminal claims or causes of action of any type, including, without limitation, breach of contract, interference with contract, negligence or misrepresentation, and also to claims or causes of action pursued as counterclaims or cross-claims. The Personnel of each party are intended third party beneficiaries of this section.

10.   Special or Consequential Damages. Neither party or any of its Personnel shall be liable to the other party for special or consequential damages, including, without limitation, loss of profits or damages proximately caused by loss of use of any property, whether arising from either party's or its Personnel's negligence, breach of this Agreement or otherwise, whether or not a party was advised, or knew, of the possibility of such damages, or such possibility was foreseeable by that party or its Personnel. The Personnel of each party are intended third party beneficiaries of this section.

11.   Limitations of Liability of Each Party to the Other Party. Appraiser and Client agree that to the fullest extent permitted by applicable law, each party's and its Personnel's maximum aggregate and joint liability to the other party for any and all claims or causes of action relating to this Agreement or to appraisals or other services under this Agreement shall be limited to the compensation paid to Appraiser for the services that are the subject of the claim(s) or cause(s) of action. The Personnel of each party are intended third party beneficiaries of this section.

12.   Entire Agreement. This Agreement contains the entire agreement of the parties with respect to the services described herein.  No other agreement, statement, or promise made on or before the date this Agreement became effective will be binding on the parties.

13.   Modifications. Except as provided for in this Agreement with regard to incorporation of Appraisal Conditions, this Agreement may only be modified by a subsequent agreement of the parties in writing signed by all the parties.

14.   Severability in the Event of Invalidity. If any provision of this Agreement is held, in whole or part, to be unenforceable or invalid for any reason, the remainder of that provision and the remainder of the entire Agreement will be severable and remain in effect.

15.   Applicable Law. This Agreement shall be construed and governed under the laws of the State of California without reference to its conflict of laws principles.

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

Herron Companies - Terms of Appraisal Engagement
Page 6 of 6

16.   Signature and Copies. A signature on a copy of this Agreement received by email, by facsimile or in digital form is binding upon the parties as an original.  The parties shall treat a photocopy of such facsimile or printout of the emailed or digital form as a duplicate original.

**Client:**

Dated: _____

By: _____

Name: ___Amariah Olson_____

Position: _____

Billing Address (email or person/address to whom invoices should be sent):

___amariah@olsoncapitalinvestments.com_____

**Appraiser:**

By: _____

Name: ____Chris Wade_____

Position: ____President/CEO_____

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

# ADDENDUM  C

## Applicable Maps & Exhibits

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

NEIGHBORHOOD MAP



**EXPRESS CAR WASH FACILITY—6458 Van Buren Boulevard, Riverside, CA**

## PARCEL MAP



**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

## SITE SKETCH



**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

## BUILDING SKETCH



**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

# ADDENDUM  D

## Historical Data

## EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA

RivCW

| | 2024-05 | 2024-06 | 2024-07 | 2024-08 | 2024-09 | 2024-10 | 2024-11 | 2024-12 | 2025-01 | 2025-02 | 2025-03 | 2025-04 | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | | |
| Carwash Income | 124,631 | 123,046 | 110,484 | 101,443 | 99,219 | 89,263 | 80,682 | 80,933 | 73,756 | 54,656 | 71,441 | 73,781 | 1,083,514 | |
| Fees Income | 1,653 | 1,635 | 1,494 | 1,586 | 1,668 | 1,434 | 1,190 | 1,304 | 937 | 583 | 821 | 966 | 15,072 | 1,098,586 |
| Refunds & Allow. | -1,434 | -1,578 | -1,290 | -972 | -1,103 | -386 | | -302 | -777 | -469 | -362 | -382 | -9,928 | |
| Rent Income | 0 | 0 | 6,750 | 0 | 2,250 | 2,250 | 2,250 | 0 | 2,250 | 4,500 | 2,250 | 2,250 | 24,750 | |
| Vending Sales | 344 | 151 | 0 | 0 | 99 | 5 | 0 | 0 | 0 | 277 | 251 | 331 | 1,456 | |
| Total Income | 125,393 | 123,254 | 117,438 | 102,057 | 102,134 | 92,566 | 83,346 | 81,935 | 76,166 | 59,547 | 74,200 | 76,928 | 1,114,964 | |
| **Cost Of Goods Sold** | | | | | | | | | | | | | | |
| Chemical Supplie | 5,684 | 15,030 | 0 | 0 | 0 | 5,770 | 0 | 0 | 5,805 | 0 | 0 | 3,914 | 36,202 | |
| Vending Supplies | 0 | 0 | 0 | 48 | 0 | 0 | 144 | 0 | 0 | 0 | 0 | 0 | 192 | |
| Total Cost Of Go | 5,684 | 15,030 | 0 | 48 | 0 | 5,770 | 144 | 0 | 5,805 | 0 | 0 | 3,914 | 36,394 | |
| Total Gross Marg | 119,709 | 108,224 | 117,438 | 102,009 | 102,134 | 86,797 | 83,204 | 81,935 | 70,362 | 59,547 | 74,200 | 73,012 | 1,078,570 | |
| **Expense** | | | | | | | | | | | | | | |
| Advertsing & ma | 1,386 | 1,001 | 1,215 | 17 | 319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,939 | |
| Bank Charges & | 5,279 | 5,889 | 5,691 | 5,921 | 5,429 | 5,874 | 4,989 | 4,837 | 4,624 | 4,825 | 3,568 | 5,247 | 62,173 | |
| Capital Expenses | 0 | 0 | 0 | 0 | 0 | 1,377 | 35 | 0 | 290 | 421 | 571 | 265 | 2,960 | |
| Cleaning & Maint | 161 | 6,201 | 3,496 | 2,701 | 1,843 | 4,514 | 0 | 0 | 2,299 | 5,052 | 0 | 3,843 | 30,211 | |
| General & Admin | 1,431 | 1,398 | 1,295 | 1,388 | 2,617 | 1,931 | 1,366 | 1,358 | 2,497 | 1,526 | 1,400 | 1,425 | 19,632 | |
| Insurance Expen | 1,669 | 2,669 | 6,523 | 3,231 | 3,478 | 52 | 3,157 | 3,463 | 2,720 | 2,184 | 4,349 | 3,267 | 36,762 | |
| Interest Expense | 35,178 | 35,113 | 34,382 | 37,034 | 32,189 | 34,645 | 40,217 | 27,938 | 34,640 | 13,617 | 13,593 | 42,197 | 380,924 | |
| Legal & Professi | 4,687 | 1,979 | 0 | 0 | 0 | 0 | 0 | 0 | 18,637 | 16,380 | 18,650 | 20,200 | 78,732 | 72,067 |
| Rent & Storage E | 586 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 586 | |
| Repairs & Mainte | 1,227 | 9,904 | 6,825 | 11,207 | 992 | 15,333 | 3,972 | 900 | 1,442 | 691 | 6,153 | 2,111 | 60,756 | |
| Salaries & Wage | 32,971 | 20,391 | 19,232 | 22,442 | 17,689 | 18,673 | 21,993 | 21,802 | 0 | 0 | 0 | 0 | 172,294 | |
| Taxes & License | 2,896 | 2,217 | 1,977 | 2,720 | 1,928 | 1,779 | 2,391 | 3,442 | 0 | 0 | 0 | 0 | 19,350 | |
| Travel | 375 | 446 | 1,491 | 1,750 | 1,279 | 1,445 | 1,773 | 1,362 | 0 | 0 | 0 | 0 | 9,922 | |
| Unappoed Cash | 0 | 0 | 0 | 1,000 | 0 | -448 | 0 | 0 | 0 | 0 | 0 | 0 | 552 | |
| Utilites | 10,713 | 10,445 | 10,611 | 10,794 | 10,314 | 7,911 | 8,975 | 8,293 | 8,073 | 9,017 | 8,108 | 7,425 | 110,676 | 608,549 |
| Total Expense | 97,660 | 97,654 | 92,719 | 100,205 | 78,176 | 91,267 | 88,868 | 73,397 | 73,221 | 53,714 | 56,592 | 65,980 | 969,473 | |
| Total Ordinary I | 22,050 | 10,578 | 24,719 | 1,804 | 23,957 | -4,490 | -5,664 | 8,538 | -2,860 | 5,833 | 17,608 | -12,968 | 89,097 | |
| Property Taxes | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 130,000 | 130,000 |
| Unpaid bills | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 | |
| CapX | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 60,000 | |
| Accounting fees | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 6,600 | |
| Marketing | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 | |
| Management fee | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 120,000 | |
| Amortization | 17,301 | 17,301 | 17,301 | 17,301 | 17,301 | 17,301 | 17,301 | 17,301 | 17,301 | 17,301 | 17,301 | 17,301 | 207,610 | |
| Cashflow | -24834 | -36114 | -21965 | -44680 | -23727 | -51174 | -52348 | -38148 | -49544 | -40851 | -29076 | -69682 | -471113 | |
| NOI | 27,845 | 18,300 | 29,898 | 9,453 | 28,763 | 973 | 8,170 | 7,093 | 2,397 | -9,933 | 1,818 | -154 | 117,420 | |

## EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA

| RIVERSIDE | 2023-05 | 2023-06 | 2023-07 | 2023-08 | 2023-09 | 2023-10 | 2023-11 | 2023-12 | 2024-01 | 2024-02 | 2024-03 | 2024-04 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| Carwash Income | 176,179 | 191,081 | 201,073 | 185,103 | 162,370 | 180,086 | 148,472 | 137,741 | 119,552 | 91,616 | 101,144 | 106,171 | 1,800,587 |
| Fees Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,775 | 1,381 | 669 | 1,135 | 922 | 5,883 |
| Refunds & Allowances | -1,442 | -2,040 | -1,940 | -1,714 | -1,302 | -1,936 | -1,466 | -1,487 | -1,816 | -957 | -1,027 | -953 | -18,082 |
| Vending Sales | 995 | 48 | 677 | 925 | 1,373 | 1,113 | 992 | 992 | 577 | 672 | 498 | 696 | 9,555 |
| Total Income | 175,732 | 189,088 | 199,810 | 184,313 | 162,441 | 179,264 | 147,997 | 139,020 | 119,694 | 92,000 | 101,749 | 106,835 | 1,797,943 |
| **Cost Of Goods Sold** | | | | | | | | | | | | | |
| Chemical Supplies | 0 | 10,724 | 13,550 | 7,969 | 8,129 | 2,542 | 999 | 7,259 | 9,784 | 0 | 0 | 0 | 60,956 |
| Vending Supplies | 979 | 841 | 986 | 894 | 508 | 619 | 498 | 1,031 | 1,304 | 497 | 0 | 907 | 9,065 |
| Total Cost Of Goods Sold | 979 | 11,565 | 14,536 | 8,863 | 8,638 | 3,161 | 1,497 | 8,290 | 11,088 | 497 | 0 | 907 | 70,021 |
| Total Gross Margin | 174,753 | 177,524 | 185,274 | 175,450 | 153,803 | 176,102 | 146,500 | 130,730 | 108,605 | 91,503 | 101,749 | 105,928 | 1,727,922 |
| **Expense** | | | | | | | | | | | | | |
| Advertising & marketing | 782 | 1,818 | 1,725 | 2,151 | 968 | 1,269 | 539 | 359 | 243 | 0 | 0 | 451 | 10,304 |
| Bank Charges & Fees | 8,032 | 7,695 | 7,724 | 8,652 | 7,868 | 8,998 | 7,715 | 6,803 | 6,327 | 6,028 | 5,003 | 5,125 | 85,971 |
| Capital Expenses | 341 | 0 | 1,808 | 0 | 0 | 0 | 1,595 | 0 | 655 | 0 | 0 | 655 | 5,054 |
| Cleaning & Maintenance | 2,386 | 3,231 | 4,862 | 2,486 | 2,026 | 4,324 | 1,561 | 3,561 | 6,161 | 181 | 5,530 | 5,712 | 42,001 |
| General & Administrative | 1,660 | 1,336 | 3,014 | 2,187 | 1,447 | 1,431 | 2,147 | 1,358 | 954 | 1,211 | 2,087 | 1,471 | 20,302 |
| Insurance Expense | 48 | 44 | 2,840 | 7,618 | 1,571 | 3,247 | 1,652 | 6,490 | 3,247 | -2,303 | 1,661 | 5,425 | 31,541 |
| Interest Expense | 35,254 | 35,190 | 35,829 | 35,766 | 28,003 | 42,646 | 34,877 | 13,945 | 57,015 | 33,994 | 27,729 | 42,142 | 422,390 |
| Legal & Professional Servi | 3,025 | 4,538 | 3,775 | 1,563 | 4,687 | 1,562 | 3,882 | 3,125 | 3,125 | 3,125 | 3,125 | 3,125 | 38,634 |
| Rent & Storage Expense | 568 | 586 | 650 | 586 | 586 | 586 | 586 | 586 | 587 | 0 | 1,173 | 586 | 7,083 |
| Repairs & Maintenance | 4,518 | 9,748 | 20,728 | 5,655 | 3,094 | 7,562 | 8,061 | 2,139 | 2,240 | 800 | 8,352 | 2,397 | 75,295 |
| Salaries & Wages | 26,637 | 31,788 | 24,352 | 27,600 | 32,114 | 20,659 | 18,931 | 26,906 | 20,971 | 20,402 | 32,830 | 27,308 | 310,497 |
| Taxes & Licenses | 3,030 | 2,738 | 140,653 | 2,937 | 3,087 | 1,841 | 1,776 | 2,753 | 3,380 | 2,414 | 3,394 | 2,642 | 170,845 |
| Travel | 474 | 745 | 549 | 2,589 | 4,960 | 1,586 | 385 | 2,835 | 636 | 486 | 675 | 712 | 16,633 |
| Utilities | 13,858 | 15,244 | 14,726 | 14,465 | 16,386 | 19,654 | 9,932 | 9,942 | 18,239 | 10,721 | 11,003 | 9,483 | 161,652 |
| Total Expense | 100,811 | 114,703 | 263,435 | 114,254 | 106,798 | 115,365 | 93,619 | 80,803 | 121,779 | 77,040 | 102,561 | 107,233 | 1,398,201 |
| Total Ordinary Income/E | 74,141 | 62,821 | -78,161 | 61,197 | 47,005 | 60,737 | 52,881 | 49,927 | -13,174 | 14,463 | -812 | -1,305 | 329,721 |
| Property Taxes | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 10,833 | 130,000 |
| Unpaid bills | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 156,000 |
| CapX | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 60,000 |
| Accounting fees | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 6,600 |
| Marketing | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Management fees | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 120,000 |
| Amortization | 17,301 | 17,301 | 17,301 | 17,301 | 17,301 | 17,301 | 17,301 | 17,301 | 17,301 | 17,301 | 17,301 | 17,301 | 207,610 |
| Cashflow | 22,758 | 21,438 | -119,544 | 19,814 | 5,822 | 19,354 | 11,498 | 8,544 | -54,557 | -26,920 | -42,195 | -42,688 | -166,880 |
| NOI | 88,012 | 56,628 | -83,715 | 55,580 | 33,625 | 62,000 | 46,375 | 22,489 | 2,458 | 7,874 | -14,466 | -846 | 255,510 |

N25-0144

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

ULTRA CAR COUNTS

| DATES | 9/1/2020 | 10/1/2020 | 11/1/2020 | 12/1/2020 |
|---|---|---|---|---|
| Cars | 23898 | 24453 | 20190 | 19254 |

| 2021 | 1/1/2021 | 2/1/2021 | 3/1/2021 | 4/1/2021 | 5/1/2021 | June 2021 | 7/1/2021 | 8/1/2021 | 9/1/2021 | 10/1/2021 | 11/1/2021 | 12/1/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAR COUNT | 15699 | 19317 | 19888 | 29729 | 31019 | 30623 | 28395 | 26897 | 28,862 | 23,119 | 22,800 | 13,888 |
| DECLINES | | | | | | | | | | | | |
| DEC PERCENT | -34.31% | -21.00% | -1.50% | 54.40% | | | | | | | | |

| 2022 | 1/1/2022 | 2/2/2022 | 3/1/2022 | 4/1/2022 | 5/1/2022 | 6/1/2022 | 7/1/2022 | 8/1/2022 | 9/1/2023 | 10/1/2023 | 11/1/2022 | 12/1/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAR COUNT | 18,387 | 18,194 | 20,428 | 19,600 | 23,809 | 23,696 | 23,134 | 24,143 | 20,388 | 21,195 | 11,640 | 9,535 |
| DECLINES | | | | | | | | | | | | |
| DEC PERCENT | 17.12% | -5.81% | 2.72% | -34.07% | -23.24% | -22.62% | -18.53% | -10.57% | -29.38% | -8.32% | -48.95% | -31.34% |

| 2023 | 1/1/2023 | 2/1/2023 | 3/1/2023 | 4/1/2023 | 5/1/2023 | 6/1/2023 | 7/1/2023 | 8/1/2023 | 9/1/2023 | 10/1/2023 | 11/1/2023 | 12/1/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAR COUNT | 8,899 | 10,040 | 9,466 | 16,991 | 14,861 | 15,524 | 17,093 | 15,450 | 13,048 | 14,716 | 11,193 | 9,403 |
| DECLINES | | | | | | | | | | | | |
| DEC PERCENT | -51.80% | -44.82% | -53.86% | -13.31% | -37.58% | -34.49% | -26.11% | -36.01% | -36.04% | -30.57% | -3.84% | -1.36% |

| 2024 | 1/1/2024 | 2/1/2024 | 3/1/2024 | 4/1/2024 | 5/1/2024 | 6/1/2024 | 7/1/2024 | 8/1/2024 | 9/1/2024 | 10/1/2024 | 11/1/2024 | 12/1/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAR COUNT | 7,691 | 4,742 | 6,485 | 7,842 | 9,924 | 9,453 | 8,391 | 7,879 | 7,247 | 6,413 | 5,488 | 5,500 |
| DECLINES | | | | | | | | | | | | |
| DEC PERCENT | -13.57% | -52.77% | -31.39% | -53.85% | -33.22% | -39.11% | -50.91% | -49.00% | -44.42% | -56.42% | -50.97% | -41.51% |

| 2025 | 1/1/2025 | 2/1/2025 | 3/1/2025 | 4/1/2025 | 5/1/2025 * partial mo |
|---|---|---|---|---|---|
| CAR COUNT | 4,434 | 3,280 | 3,402 | 4,326 | 2,484 |
| DECLINES | | | | | |
| DEC PERCENT | -42.35% | -30.83% | -47.62% | -44.84% | -74.97% |

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

**ADDENDUM  E**

**Income Analysis**

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

## Pro Forma Income & Expense Analysis

File #N25-0144

| | 2023 Operating Statement 5/23-5/24 | | | 2024 Operating Statement 5/24-5/25 | | | 2024 ALN Express Survey Averages ** | Historical Expense Guideline | Appraisal Pro Forma Conclusions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | % of GP | $/Wash | Total | % of GP | $/Wash | | | Total | % of GP | $/Wash |
| Number of Vehicles Washed | 138,050 | | | 75,737 | | | 92,400 | 142,159 | 69,600 | | |
| **Revenue** | | | | | | | | | | | |
| Wash & Detailing Operations | $1,806,470 | 100.0% | $13.09 | $1,098,586 | 97.4% | $14.51 | | | $1,132,000 | 100.0% | $16.26 |
| Vending Gross Sales | $9,555 | | | $1,456 | | | | | | | |
| Less Cost of Goods Sold | ($9,065) | | | ($852) | | | | | | | |
| Vending Gross Margin | $490 | 0.0% | $0.00 | $4,447 | 0.4% | $0.06 | | | | | |
| Misc. (rental income) | $0 | 0.0% | $0.00 | $24,750 | 2.2% | $0.33 | | | | | |
| **Gross Profit (GP)** | $1,806,960 | 100.0% | $13.09 | $1,127,783 | 100.0% | $14.89 | $14.05/wash | | $1,132,000 | 100.0% | $16.26 |
| **Direct Expenses** | | | | | | | | | | | |
| Labor & Onsite Management | $310,497 | 17.2% | $2.25 | $244,361 | 21.7% | $3.23 | 23.9% | 20.8% | $208,000 | 18.4% | $2.99 |
| Car Wash Supplies | $60,956 | 3.4% | $0.44 | $36,202 | 3.2% | $0.48 | 6.6% | 7.0% | $34,800 | 3.1% | $0.50 |
| Utilities & Trash | $161,652 | 8.9% | $1.17 | $110,678 | 9.8% | $1.46 | 11.8% | 9.2% | $110,000 | 9.7% | $1.58 |
| Total Direct Expenses | $533,105 | 29.5% | $3.86 | $391,241 | 34.7% | $5.17 | | | $352,800 | 31.2% | $5.07 |
| **Business Operating Expenses** | | | | | | | | | | | |
| Advertising, Promotions, & Travel | $10,304 | 0.6% | $0.07 | $3,939 | 0.3% | $0.05 | 1.9% | 0.7% | $11,300 | 1.0% | $0.16 |
| Damages & Customer Claims | $18,002 | 1.0% | $0.13 | $9,828 | 0.9% | $0.13 | 6.0% | 0.2% | $6,500 | 0.6% | $0.09 |
| General Administration & Oversight | $20,302 | 1.1% | $0.15 | $19,632 | 1.7% | $0.26 | | 2.1% | $50,000 | 4.4% | $0.72 |
| Legal & Accounting Services | $38,634 | 2.1% | $0.28 | $6,665 | 0.6% | $0.09 | | 0.8% | $4,800 | 0.4% | $0.07 |
| Telephone & Office Supplies | $0 | 0.0% | $0.00 | $0 | 0.0% | $0.00 | | 0.5% | $3,600 | 0.3% | $0.05 |
| Credit Card Fees | $85,971 | 4.8% | $0.62 | $62,173 | 5.5% | $0.82 | | 1.9% | $34,000 | 3.0% | $0.49 |
| Miscellaneous | $177,928 | 9.8% | $1.29 | $19,350 | 1.7% | $0.26 | | 0.9% | $11,300 | 1.0% | $0.16 |
| Total Business Operating Expenses | $351,141 | 19.4% | $2.54 | $121,587 | 10.8% | $1.61 | | | $121,500 | 10.7% | $1.75 |
| **Real Estate Operating Expenses** | | | | | | | | | | | |
| Maintenance & Repairs | $122,350 | 6.8% | $0.89 | $93,929 | 8.3% | $1.24 | 8.5% | 2.5% | $22,600 | 2.0% | $0.32 |
| Property Taxes (Notes 1 & 2) | $130,000 | 7.2% | $0.94 | $130,000 | 11.5% | $1.72 | | 2.2% | $56,256 | 5.0% | $0.81 |
| Property Insurance | $31,541 | 1.7% | $0.23 | $36,762 | 3.3% | $0.49 | 3.4% | 0.8% | $25,000 | 2.2% | $0.36 |
| Replacement Allowance | -- | 0.0% | $0.00 | -- | 0.0% | $0.00 | | 0.6% | $87,100 | 7.7% | $1.25 |
| Total Real Estate Operating Expense | $283,891 | 15.7% | $2.06 | $260,691 | 23.1% | $3.44 | | | $190,956 | 16.9% | $2.74 |
| **Total Expenses** | $1,168,137 | 64.6% | $8.46 | $773,519 | 68.6% | $10.21 | | 57.2% | $665,256 | 58.8% | $9.56 |
| **Net Operating Income** | $638,823 | 35.4% | $4.63 | $354,264 | 31.4% | $4.68 | | | $466,744 | 41.2% | $6.71 |

** Survey data was taken from *2024 Exterior Conveyor Survey* published by *Auto Laundry News*. Ranges show differences between exterior-only and express-exterior sites.
Note 1: Taxes are estimated for the subject based on the real estate value. Historical taxes paid are shown for comparison
Note 2: Special assessments are included with this category, but are not dependent on value conclusions.

**EXPRESS CAR WASH FACILITY–6458 Van Buren Boulevard, Riverside, CA**

# Reconstructed Income Statement
## For Going Concern Value at Stabilized Operations

File #N25-0144

| Revenue | $/Wash | % of GP | Total | |
|---|---|---|---|---|
| Wash & Detailing Operations | $16.26 | 100.0% | $1,132,000 | |
| Vending Gross Margin | | – | | |
| Gross Profit (GP) | | | | $1,132,000 |
| | | | | |
| *Direct Expenses* | | | | |
| Labor & Onsite Management | $2.99 | 18.4% | $208,000 | |
| Car Wash Supplies | $0.50 | 3.1% | $34,800 | |
| Utilities & Trash | $1.58 | 9.7% | $110,000 | |
| Total Direct Expenses | | | $352,800 | |
| | | | | |
| *Business Operating Expenses* | | | | |
| Advertising, Promotions, & Travel | $0.16 | 1.0% | $11,300 | |
| Damages & Customer Claims | $0.09 | 0.6% | $6,500 | |
| General Administration & Oversight | $0.72 | 4.4% | $50,000 | |
| Legal & Accounting Services | $0.07 | 0.4% | $4,800 | |
| Telephone & Office Supplies | $0.05 | 0.3% | $3,600 | |
| Credit Card Fees | $0.49 | 3.0% | $34,000 | |
| Miscellaneous | $0.16 | 1.0% | $11,300 | |
| Total Business Operating Expenses | | | $121,500 | |
| | | | | |
| *Real Estate Operating Expenses* | | | | |
| Maintenance & Repairs | $0.32 | 2.0% | $22,600 | |
| Property Taxes & Assessments | $0.81 | 5.0% | $56,256 | |
| Property Insurance | $0.36 | 2.2% | $25,000 | |
| Replacement Allowance | $1.25 | 7.7% | $87,100 | |
| Total Real Estate Operating Expenses | | | $190,956 | |
| | | | | |
| Total Expenses | $9.56 | 58.8% | | $665,256 |
| | | | | |
| Net Operating Income of Going Concern | | | | $466,744 |
| | | | | |
| Net Income Multiplier Selection | | | | 10.00 |

| **Indication of Market Value of the Going Concern (Rounded)** | **$4,670,000** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **MOTION TO VALUE COLLATERAL [11 U.S.C. § 506]; DECLARATION OF AMARIAH OLSON AND APPRAISER CHRIS WADE IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/7/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor's Counsel: Michael Jay Berger    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
T Bank N.A.: Nicholas S Couchot    ncouchot@swlaw.com
U.S. Trustee: Abram Feuerstein    abram.s.feuerstein@usdoj.gov Everett L Green    everett.l.green@usdoj.gov
Ali Matin    ali.matin@usdoj.gov
Counsel for Bay Area Employment Development: Brian S Healy    brian@tw2law.com; William J Healy
wjhealy7@gmail.com
T Bank N.A.: Joshua K Partington    jpartington@swlaw.com, mlinker@swlaw.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Peter J Ryan    ryan@floresryan.com, schneider@floresryan.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 11/7/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 11/7/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Magdalena Reyes Bordeaux
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 365 / Courtroom 303
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/7/2025 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-6
Case 6:25-bk-14654-RB
Central District of California
Riverside
Fri Nov  7 18:23:07 PST 2025

Bay Area Employment Development
c/o Tierney Watson & Healy
48 Gold St., Fl 1
Fl 1
San Francisco, CA 94133-5103

Law Offices of Michael Jay Berger
9454 Wilshire Blvd, 6th Fl
Beverly Hills, CA 90212-2980

MAJESTIC SOLUTIONS DISTRIBUTING COMPANY, INC
FLORES RYAN, LLC
115 W. California Blvd., #9010
Pasadena, CA 91105-3005

Michelle L. Doherty, CPA
2420 150th Place SW
Lynnwood, WA 98087-6316

Riverside Express Car Wash, LLC
5473 Blair Rd Ste 100`
PMB 840254
Dallas, TX 75231-4227

SONNY'S CAR WASH SERVICES OF CALIFORNIA
FLORES RYAN, LLP
115 W. California Blvd., #9010
Pasadena, CA 91105-3005

T Bank, N.A.
Snell & Wilmer L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, CA 92626-7689

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3819

Amariah Olson
5473 Blair Rd., Ste 100
PMB 840254
Dallas, TX 75231-4227

Atom Management, LLC
c/o Amariah Olson, Managing Member
5473 Blair Rd., Ste 100
Farmington, UT 84025-4000

Bay Area Development Co.
c/o Sue Dunlap, Portfolio Manager
1855 Gateway Blvd., Ste 720
Concord, CA 94520-3200

Bay Area Employment Development Company
Atten: Sue Dunlap, Portfolio Manager
1855 Gateway Blvd., Ste. 720
Concord, CA 94520-3200

NATIONAL CARWASH SOLUTIONS INC
1500 SE 37TH STREET
GRIMES IA 50111-4951

Obin Olson
5473 Blair Rd., Ste 100
PMB 840254
Dallas, TX 75231-4227

Olson Capital Investments, LLC
5473 Blair Rd., Ste 100
PMB 840254
Dallas, TX 75231-4227

Riverside County Treasurer
P.O. Box 12005
Riverside, CA 92502-2205

Riverside County Treasurer Tax Collector
4080 Lemon St 4th Flr
Riverside CA 92501-3609

Santa Ana Express Car Wash, LLC
2035 N. Tustin Avenue
Santa Ana, CA 92705-7818

Sonny's Car Wash Services of CA
Majestic Solutions Distributing Co.
c/o Flores Ryan, LLP
115 W. California Blvd., #9010
Pasadena, CA 91105-3005

T Bank, N.A.
c/o K.T. Head
16200 Dallas Parkway, Suite 190
Dallas, TX 75248-2637

T Bank, N.A.
c/o Snell & Wilmer
Attn: Joshua K. Partington, Esq.
600 Anton Blvd., Ste 1400
Costa Mesa, CA 92626-7689

T Bank, N.A.
c/o Snell & Wilmer LLP
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-7689

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3255

Michael Jay Berger
9454 Wilshire Blvd 6th Fl
Beverly Hills, CA 90212-2980

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)National Carwash Solutions, Inc.
1500 SE 37th St
Grimes, IA 50111-4951

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 24 |
| Bypassed recipients | 1 |
| Total | 25 |